**Debra Marie HOSKINS, Respondent,**

v.

**Lawrence Stanley HOSKINS, Appellant.**

**No. WD 40818.**

Missouri Court of Appeals,
Western District.

April 25, 1989.

James B. Rice, Jr., Sedalia, for appellant.

C. Michael Fitzgerald of Fitzgerald, Fitzgerald & Carter, Warrensburg, for respondent.

Before BERREY, P.J., and MANFORD and NUGENT, JJ.

## ORDER

PER CURIAM:

Appellant appeals from a judgment of the trial court modifying the decree of dissolution as to child custody.

Judgment affirmed.    Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Gary D. PROCTOR, Appellant.**

**No. WD 40482.**

Missouri Court of Appeals,
Western District.

April 25, 1989.

Timothy D. Ernst, Asst. Public Defender, St. Joseph, for appellant.

Carol C. Barnett, Asst. Pros. Atty., St. Joseph, for respondent.

Before BERREY, P.J., and MANFORD and NUGENT, JJ.

## ORDER

PER CURIAM:

Direct appeal from a conviction of sexual abuse, third degree, in violation of § 566.120, RSMo 1986.

Judgment affirmed.    Rule 30.25(b).